# UNITED STATES DISTRICT COURT
## District of Minnesota

United States of America,

Plaintiff(s),

v.

Harold Bennie Kaeding

Defendant(s),

And
Zoraida Franco and Benjamin Kaeding,

Petitioners

**JUDGMENT IN A CRIMINAL CASE**

Case No. CR 21-169 ECT/JFD

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED THAT:**
1. The Stipulation to Dismiss Petition [ECF No. 344] is APPROVED;
2. The Petition filed by Benjamin Kaeding asserting an interest in the 2017 GMC Acadia with VIN 1GKKNXLS2HZ256796 [ECF No. 338] is hereby DISMISSED; and
3. As provided in the Stipulation to Dismiss Petition, each party shall bear its own costs and attorneys' fees.

Date: January 7, 2026

Kate M. Fogarty, Clerk