# UNITED STATES DISTRICT COURT
## District of Minnesota

United States of America,

Plaintiff,

v.

Harold Bennie Kaeding,

Defendant.

**JUDGMENT IN A CRIMINAL CASE**

Case No. 21-cr-169 ECT/JFD

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED THAT:**

1. The United States' Motion for First Final Order of Forfeiture [ECF No. 350] is GRANTED;

2. All right, title and interest in the following property is hereby forfeited to and vested in the United States of America pursuant to 18 U.S.C. 981(a)(1)(C) in conjunction with 28 U.S.C. § 2461(c):

c. a 2017 GMC Acadia with VIN 1GKKNXLS2HZ256796 seized on June 30, 2021;

d. $1,018.92 seized from Royal Credit Union account number 4569474440 held in the name of Harbor Holdings Corporation;

e. $21,983.16 seized from Bank of America account number 374004337463 held in the name of Harbor Holdings Corporation;

f. $11,144.50 seized from NorthOne/Radius Bank account number 5110103119 held in the name of AutoPay, Inc.;

g. $13,297.00 seized from NorthOne/Radius Bank account number 7160013442 held in the name of Voyager;

h. $34,200.00 seized from Royal Credit Union account number 4561219975 held in the name of Zoraida E. Franco;

i. $119,164.27 seized from Citibank account number 162119187 held in the name of Zoraida Franco;

j. $4,031.02 seized from Spire Credit Union checking account number 10100000776062 held in the name of Voyager Shipping Corp;

k. $5,016.23 seized from Spire Credit Union savings account number 10000000776062 held in the name of Voyager Shipping Corp;

l. $8,321.74 seized from KeyBank account number 776920002263 held in the name of Ben Kaeding; and

m. $5,039.36 seized from KeyBank account number 354153030680 held in the name of Ben Kaeding; and

3. The United States shall dispose of the property in accordance with law.

Date: January 13, 2026 Kate M. Fogarty, Clerk