**UNITED STATES COURT OF APPEALS**
**FOR THE EIGHTH CIRCUIT**

---

No. 24-3462

---

United States of America

Plaintiff - Appellee

v.

Harold Bennie Kaeding

Defendant - Appellant

---

Appeal from U.S. District Court for the District of Minnesota
(0:21-cr-00169-ECT-1)

---

**JUDGMENT**

Before SMITH, KELLY, and GRASZ, Circuit Judges.

This appeal from the United States District Court was submitted on the record of the district court, briefs of the parties and was argued by counsel.

After consideration, it is hereby ordered and adjudged that the judgment of the district court in this cause is affirmed in accordance with the opinion of this Court.

March 27, 2026

Order Entered in Accordance with Opinion:
Clerk, U.S. Court of Appeals, Eighth Circuit.

/s/ Susan E. Bindler